1  MILBERG WEISS BERSHAD
    & SCHULMAN LLP
2  JEFF S. WESTERMAN (94559)
    355 S. Grand Ave., Suite 4170
3  Los Angeles, CA 90071-3172
    Telephone: (213) 617-1200
4  (213) 617-1975 (fax)

5  MILBERG WEISS BERSHAD
    & SCHULMAN LLP
6  STEVEN G. SCHULMAN
    PETER E. SEIDMAN
7  One Pennsylvania Plaza
    New York, NY 10119
8  Telephone: (212) 594-5300
    (212) 868-1229 (fax)

9  Proposed Lead Counsel

10

11  [Additional Counsel on Signature Page]

12  UNITED STATES DISTRICT COURT

13  CENTRAL DISTRICT OF CALIFORNIA

14  WESTERN DIVISION

15  CONWAY INVESTMENT CLUB,  )  Case No. 2:04-cv-05025
    Individually and On Behalf of All  )
16  Others Similarly Situated,  )  [PROPOSED] ORDER
      )  CONSOLIDATING THE ACTIONS,
17        Plaintiff,  )  APPOINTING LEAD PLAINTIFF,
      )  AND APPROVING SELECTION OF
18    vs.  )  LEAD COUNSEL
    CORINTHIAN COLLEGES, INC.,  )
19  DAVID MOORE, ANTHONY  )  Date:  October 4, 2004
    DIGIOVANNI and DENNIS BEAL,  )  Time:  10:00 a.m.
20        )  Courtroom: Honorable Manuel L.
      Defendant.  )          Real
21        )
      )  Date Action Filed: July 8, 2004
22

23  (Additional Captions Set Forth Below)

24

25

26

27

28

81

| | |
|---|---|
| 1  BARBARA KAUFMAN, On Behalf of ) | Case No. 2:04-cv-05091 |
|    Herself and All Others Similarly    ) | |
| 2  Situated,                           ) | Judge:  Honorable Manuel L. Real |
|                                        ) | Courtroom:  8 |
| 3                          Plaintiff,  ) | Date Action Filed: July 8, 2004 |
|                                        ) | |
| 4        vs.                           ) | |
|                                        ) | |
| 5  CORINTHIAN COLLEGES, INC.,          ) | |
|    DAVID G. MOORE, DENNIS N.           ) | |
| 6  BEAL, AND ANTHONY F.                ) | |
|    DIGIOVANNI,                         ) | |
| 7                                      ) | |
|                          Defendant.    ) | |
| 8  _____ ) | |

| | |
|---|---|
| 9 | |
| 10  MICHAEL ORLANDO, Individually  ) | Case No. 2:04-cv-05754 |
|     and On Behalf of All Others Similarly ) | |
| 11  Situated,                        ) | |
|                                      ) | |
| 12                        Plaintiff, ) | Judge:  Honorable Manuel L. Real |
|                                      ) | Date Action Filed:  July 16, 2004 |
| 13        vs.                        ) | |
|                                      ) | |
| 14  CORINTHIAN COLLEGES, INC.,       ) | |
|     DAVID MOORE, ANTHONY             ) | |
| 15  DIGIOVANNI and DENNIS BEAL,      ) | |
|                                      ) | |
| 16                        Defendant. ) | |
|     _____ ) | |

| | |
|---|---|
| 17  PAULENA PARTNERS, LLC,            ) | Case No. 2:04-cv-06057 |
|     Individually and On Behalf of All ) | |
| 18  Others Similarly Situated,        ) | |
|                                      ) | Judge:  Honorable Dale S. Fischer |
| 19                        Plaintiff, ) | Date Action Filed:  July 23, 2004 |
|                                      ) | |
| 20        vs.                        ) | |
|                                      ) | |
| 21  CORINTHIAN COLLEGES, INC.,       ) | |
|     DAVID MOORE, ANTHONY             ) | |
| 22  DIGIOVANNI and DENNIS BEAL,      ) | |
|                                      ) | |
| 23                        Defendant. ) | |
|     _____ ) | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| JAMES DOLAN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORINTHIAN COLLEGES, INC., DAVID MOORE, PAUL ST. PIERRE, DENNIS BEAL, and ANTHONY DIGIOVANNI,<br><br>Defendant. | Case No. 2:04-cv-06076<br><br>Judge: Honorable Manuel L. Real<br>Date Action Filed: July 23, 2004 |
| KWOK YAU TONG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORINTHIAN COLLEGES, INC., DAVID MOORE, ANTHONY DIGIOVANNI and DENNIS BEAL,<br><br>Defendant. | Case No. 2:04-cv-06993<br><br>Judge:  Honorable Manuel L. Real<br>Date Action Filed: August 20, 2004 |
| DOUGLAS ROSE, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORINTHIAN COLLEGES, INC., DAVID MOORE, PAUL ST. PIERRE, DENNIS BEAL and ANTHONY DIGIOVANNI,<br><br>Defendant. | Case No. 2:04-cv-06994<br><br>Judge:  Honorable Manuel L. Real<br>Date Action Filed:  August 20, 2004 |

| | | |
|---|---|---|
| 1 | IVAN MENESES, Individually and on Behalf of All Others Similarly Situated, | Case No. 8:04-cv-923 |
| 2 | | 2:04-8273 T |
| 3 | Plaintiff, | Judge: Honorable David O. Carter |
| 4 | vs. | Date Action Filed: August 4, 2004 |
| 5 | CORINTHIAN COLLEGES, INC., ANTHONY DIGIOVANNI, DAVID MOORE and DENNIS BEAL, | |
| 6 | | 04-6994 |
| 7 | Defendant. | |
| 8 | DOUGLAS ROSE, On Behalf of Himself and All Others Similarly | Case No. 8:04-cv-926 |
| 9 | Situated, | Judge: Honorable David O. Carter |
| 10 | Plaintiff, | Date Action Filed: August 5, 2004 |
| 11 | vs. | |
| 12 | CORINTHIAN COLLEGES, INC., DAVID MOORE, PAUL ST. PIERRE, | |
| 13 | DENNIS BEAL and ANTHONY DIGIOVANNI, | |
| 14 | | |
| 15 | Defendant. | |
| 16 | KOK YEOH, On Behalf of Himself and All Others Similarly Situated, | Case No. 8:04-cv-959 |
| 17 | | 04-8393 |
| 18 | Plaintiff, | Judge: Honorable Gary L. Taylor |
| 19 | vs. | Date Action Filed: August 9, 2004 |
| 20 | CORINTHIAN COLLEGES, INC., DAVID MOORE, PAUL ST. PIERRE, | |
| 21 | DENNIS BEAL and ANTHONY DIGIOVANNI, | |
| 22 | Defendant. | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

SCANNED

| | |
|---|---|
| 1  JAMES STELLATO, On Behalf of<br>Himself and All Others Similarly<br>2  Situated, | )  Case No. 8:04-cv-997-<br>)<br>)  *OF 8401 R*<br> |
| 3                      Plaintiff, | )  Judge:  Honorable David O. Carter<br>)  Date Action Filed:  August 16, 2004 |
| 4      vs. | ) |
| 5  CORINTHIAN COLLEGES, INC.,<br>DAVID MOORE, PAUL ST. PIERRE,<br>6  DENNIS BEAL and ANTHONY<br>DIGIOVANNI, | )<br>)<br>) |
| 7                    Defendant. | ) |
| 8 | ) |

1    Having considered the motion of Metzler Investment GmbH ("Metzler

2 Investment"), and good cause appearing therefore, the Court orders as follows:

3

4    1.    The Motion is GRANTED;

5    2.    The above-captioned actions are consolidated pursuant to Fed. R. Civ. P.

6 42(a);

7

8    3.    Metzler Investment is the "most adequate plaintiff" and accordingly, is

9 appointed Lead Plaintiff pursuant to 15 U.S.C. 78u-4(a)(3)(B)(iii);

10    4.    Milberg Weiss Bershad & Schulman LLP is appointed Lead Counsel,

11

12 pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

13 IT IS SO ORDERED.

14 DATED: **Nov. 1**, 2004

15                                           Honorable Manuel L. Real
                                             United States District Court Judge
16 Submitted by:
   Dated:  September 7, 2004
17
   MILBERG WEISS BERSHAD
18   & SCHULMAN LLP
   Jeff S. Westerman
19

20    JEFF S. WESTERMAN

21 355 S. Grand Ave., Suite 4170
22 Los Angeles, CA 90071-3172
   Telephone:  (213) 617-1200
23 Facsimile:  (213) 617-1975

24 MILBERG WEISS BERSHAD
   & SCHULMAN LLP
25 Steven G. Schulman
   Peter E. Seidman
26 One Pennsylvania Plaza
   New York, NY 10119
27 Telephone:  (212) 594-5300
   Facsimile:  (212) 868-1229
28
   Proposed Lead Counsel

1  THE BRUALDI LAW FIRM
   Richard B. Brualdi
2  29 Broadway
   Suite 2400
3  New York, New York  10006
   Telephone:   (212) 952-0602
4  Facsimile:   (212) 952-0608

5  Plaintiff's Counsel

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 355 South Grand Avenue, Suite 4170, Los Angeles, California 90071.

2.      That on September 7, 2004, declarant served the [PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 7TH day of September, 2004, at Los Angeles, California.

_____
CYNTHIA DORSEY

-3-

# CORINTHIAN COLLEGES

## Service List

| **Counsel for Plaintiffs** | |
|---|---|
| Christopher Kim<br>Lisa J. Yang<br>**LIM RUGER & KIM**<br>1055 West 7th Street, Suite 2800<br>Los Angeles, CA 90017<br>Tel.: (213) 955-9500<br><br>Eric J. Belfi<br>**RABIN MURRAY AND FRANK**<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Tel.: (212) 682-1818<br><br>Marc A. Topaz<br>Richard A. Maniskas<br>**SCHIFFRIN & BARROWAY**<br>3 Bala Plaza East, Suite 400<br>Bala Cynwyd, PA 19004<br>Tel.: (610) 667-7706<br><br>*Attorneys for Conway Investment Club* | Kevin J. Yourman<br>Jennifer R. Williams<br>Vahn Alexander<br>**WEISS & YOURMAN**<br>10940 Wilshire Blvd, 24th Fl.<br>Los Angeles, CA 90024<br>Tel.: (310) 208-2800<br>Email: service@wyca.com<br><br>Timothy J. Burke<br>**STULL STULL & BRODY**<br>10940 Wilshire Boulevard, Suite 2300<br>Los Angeles, CA 90024<br>Tel.: (310) 209-2468<br>Email: service@ssbla.com<br><br>*Attorneys for Barbara Kaufman* |
| Robert I. Harwood<br>Joshua D. Glatter<br>**WECHSLER HARWOOD**<br>488 Madison Avenue, 8th Floor<br>New York, NY 10022<br>Tel.: (212) 935-7400<br><br>Lionel Z. Glancy<br>**GLANCY BINKOW & GOLDBERG**<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Tel.: (310) 201-9150<br><br>*Attorneys for Kwok Yau Tong* | Peter Arthur Binkow<br>**GLANCY BINKOW & GOLDBERG**<br>1801 Avenue of the Stars, Ste 311<br>Los Angeles, CA 90067<br>Tel.: (310) 201-9150<br>Email: info@glancylaw.com<br><br><br>*Attorneys for Michael Orlando* |
| Jonathan M. Stein<br>**JONATHAN M. STEIN LAW OFFICES**<br>197 S Federal Highway, Suite 200<br>Boca Raton, FL 33432 | Betsy C. Manifold<br>Francis A. Bottini, Jr.<br>Francis M. Gregorek<br>Rachele R. Rickert |

| 561-750-3000<br><br>*Attorneys for James Dolan* | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ**<br>Symphony Twr<br>750 B St, Ste 2770<br>San Diego, CA 92101<br>Tel.: (619) 239-4599<br>Fax: (619) 234-4599<br><br>*Attorneys for Ivan Meneses* |
|---|---|
| William S. Lerach<br>Darren J. Robbins<br>**LERACH COUGHLIN STOIA GELLER RUDMAN AND ROBBINS**<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Tel.: (619) 231-1058<br>Email: denisey@lcsr.com<br><br>*Attorneys for Douglas Rose* | Evan J. Smith<br>Marc L. Ackerman<br>**BRODSKY AND SMITH**<br>333 East City Avenue, Suite 602<br>Bala Cynwyd, PA 19004<br>Tel.: (610) 667-6200<br><br>*Attorneys for Kok Yeoh* |
| Deborah R. Gross<br>**BERNARD M. GROSS LAW OFFICES**<br>1515 Locust St, 2nd Fl.<br>Philadelphia, PA 19102<br>Tel.: (215) 561-3600<br><br>*Attorneys for James Stellato* | Robert I, Harwood<br>Joshua D, Glatter<br>**WECHSLER HARWOOD**<br>488 Madison Avenue<br>8th Floor<br>New York, NY 10022<br>Tel.: (212) 935-7400<br><br>*Attorneys for Kwok Yau Tong* |
| ***Defendants*** | |
| Robert Dell Angelo<br>**Munger Tolles & Olson Llp**<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 683-9100<br>(213) 687-3702 (fax) | |