UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE CORINTHIAN COLLEGES, INC. SHAREHOLDER LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS.<br><br>Conway Investment Club, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Corinthian Colleges, Inc., David Moore, Anthony Digiovanni and Dennis Beal,<br><br>　　　　　　Defendant. | CASE NO. CV-04-5025 R(CWx)<br><br>[PROPOSED] JUDGMENT |

This action came on for hearing before the Court, on April 24, 2006, Honorable Manuel L. Real, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits, and that defendants recover their costs.

Dated: May 1, 2006

_____
Hon. Manuel L. Real
United States District Judge